# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON LEE ROMERO, <br><br> Defendant. | CR-15-19-GF-BMM <br><br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on December 13, 2019. (Doc. 120.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 12, 2019. (Doc. 117.) The United States accused Romero of violating his conditions of supervised release by failing to report for his 60-day term at Connections Corrections (Doc.114.)

At the revocation hearing, Romero admitted to the violation. (Doc. 117.) Judge Johnston found that Romero's violation warrant revocation, and recommended that Romero be incarcerated for 8 months, with 12 months of supervised release to follow with the first 60 days of supervised release at Connections Corrections in Butte, Montana. (Doc. 120 at 4.)

The violation proves serious and warrant revocation of Romero's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 120) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Brandon Lee Romero be incarcerated for a term of 8 months, with 12 months of supervised release to follow, with the first 60 days of supervised release at Connections Corrections in Butte, Montana.

DATED this 2nd day of January, 2020.

Brian Morris
United States District Court Judge