IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-15-19-GF-BMM-2 |
| vs. | |
| BRANDON LEE ROMERO, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 14, 2020. (Doc. 130.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 9, 2020. (Doc. 127.) The United States accused Romero of violating his conditions of supervised release 1) by failing to complete his 60-day term at Connections Corrections; and 2) by using methamphetamine. (Doc. 124).

At the revocation hearing, Romero admitted that he had violated the conditions of his supervised release 1) by failing to complete his 60-day term at Connections Corrections; and 2) by using methamphetamine. (Doc. 127.) Judge Johnston found that the violations Romero admitted proved to be serious and warranted revocation, and recommended that Romero receive a custodial sentence of 6 months with 6 months of supervised release to follow. Romero should participate in an outpatient drug treatment program while he is on supervised release. Romero was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 127.)

The violations prove serious and warrant revocation of Romero's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 130) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Brandon Lee Romero be sentenced to 6 months with 6 supervised release to follow. Romero should

participate in an outpatient drug treatment program while he is on supervised release.

    DATED this 29th day of September, 2020.

                                                                                                        _____
                                                                                                        Brian Morris, Chief District Judge
                                                                                                        United States District Court